IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA  *
                          *
v.                        *           CR 304-022-02
                          *
KEVIN MICHAEL LYLES       *

O R D E R

Before the Court in the captioned case is a "Request for Termination of Supervised Release" filed, pro se, by Defendant Kevin Michael Lyles. On March 30, 2005, Lyles pleaded guilty to possession with intent to distribute approximately 64.8 grams (35.68 grams actual) of methamphetamine in violation of 21 U.S.C. § 841(a)(1). On September 1, 2005, Lyles was sentenced to 120 months imprisonment and five years of supervised release.

Lyles is presently under the supervision of the United States Probation Office in the District of South Carolina. He has completed over three years with no violations, and he has maintained a stable residence and steady employment. The Government has filed no opposition or response. Nevertheless, Lyles' supervising probation officer points out that by policy, the United States Probation Office does not recommend the early termination of supervised release in cases in which

offenders are convicted under 21 U.S.C. § 841.

Having given due consideration to the motion and upon the recommendation of the United States Probation Office, I find that Lyles' supervised release should not be terminated at this time. Accordingly, the motion for early termination of supervised release (Doc. No. 120) is **DENIED** without prejudice to Lyles to re-file one year from now.

**ORDER ENTERED** at Augusta, Georgia, this ___16th___ day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE

2